IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS WAYNE FIELDS
ADC #150118                                                          PLAINTIFF

v.                              No. 2:18-cv-172-DPM

STIEVE, Dr/Regional Director,
ADC; PATRICK DRUMMOND,
APN, Correct Care Solutions;
CAMPBELL, APN, Correct Care
Solutions; and GREGARY RECHIGL,
Administrator, Correct Care Solutions                              DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, № 9, and overrules Fields's objections, № 10. FED. R. CIV. P. 72(b)(3). Fields's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 February 2019