IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS WAYNE FIELDS
ADC #150118                                                        PLAINTIFF

v.                         No. 2:18-cv-172-DPM

STIEVE, Dr/Regional Director,
ADC; PATRICK DRUMMOND,
APN, Correct Care Solutions;
CAMPBELL, APN, Correct Care
Solutions; and GREGARY RECHIGL,
Administrator, Correct Care Solutions             DEFENDANTS

## JUDGMENT

Fields's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 February 2019