# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**MARCUS WAYNE FIELDS**
**ADC #150118**                                    **PLAINTIFF**

v.                      **No. 2:18-cv-172-DPM**

**STIEVE, Dr/Regional Director,**
**ADC; PATRICK DRUMMOND,**
**APN, Correct Care Solutions;**
**CAMPBELL, APN, Correct Care**
**Solutions; and GREGARY RECHIGL,**
**Administrator, Correct Care Solutions          DEFENDANTS**

## ORDER

Motion, № 16, denied as moot. The Court dismissed Fields's complaint without prejudice and denied his motion to reconsider. № 11–12 & № 15. This case is closed. If Fields thinks he's being retaliated against or denied access to the courts, then he must raise those claims in a new lawsuit after exhausting his administrative remedies.

So Ordered.

*D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

25 March 2019